

Trial Court No. _____

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/15/17 8:16:36 AM
SHERRY WILLIAMSON
Clerk

In        the _____ Court

_____
Appellant
v.                    Of
State of Texas

_____ County

## ELEVENTH COURT OF APPEALS
## CRIMINAL INFORMATION FORM

1)    Presiding Judge: _____

2)    Court Reporter: _____

3)    Counsel for Appellant: _____

      Address: _____

      _____

4)    Counsel for State: _____

5)    Address: _____

      _____

6)    Appellant's counsel is _____ Retained, _____ Appointed, _____ Pro Se

7)    Offense: _____

      _____

8)    Punishment: _____

9)    Date sentenced imposed in open court: _____

10)   Trial Court Certification of Right of Appeal filed: _____ Yes, _____ No

11)   Date Notice of Appeal was filed: _____

12)   Date Motion for New Trial filed, if any: _____

13)   Appellant declared unable to pay costs on appeal: _____ Yes, _____ No

14)   Companion Cases: _____

                              Signed: _____
                                      Clerk/Deputy Clerk